IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARIE SHERIFF,

    Plaintiff,

v.

CITY OF PITTSBURGH,

    Defendant.

Civil Action No. 2:15-cv-0059-AJS

## NOTICE OF DISMISSAL

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), counsel for Plaintiff hereby dismisses the above-captioned action.

2. Plaintiff passed away on January 26, 2015.

3. Defendant has not filed an answer or motion for summary judgment.

4. Undersigned counsel called the City of Pittsburgh-Department of Law on January 27, 2015, and advised its staff that counsel for Plaintiff would be dismissing the instant action.

Respectfully submitted,

Dated: January 28, 2015

_____
Jeffrey M. Skakalski
Attorney I.D. No. PA 208466
Carol A. Horowitz
Attorney I.D. No. PA 81660

Disability Rights Network of PA
429 Fourth Avenue
Suite 701
Pittsburgh, PA  15219
(412) 258-2112 (voice)
(412) 467-8940 (fax)
jskakalski@drnpa.org
chorowitz@drnpa.org

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiff's Notice of Dismissal was served by hand delivery to the following legal department that previously accepted service on behalf of the Defendant:

City of Pittsburgh-Department of Law
313 City-County Building
414 Grant Street
Pittsburgh, PA 15219

Date:  January 28, 2015

Jeffrey M. Skakalski, Esq.